In action brought by the sheriff against Hoit and his bail, the above facts were traversed by plaintiff.

The Court (below) refused to admit evidence to prove the facts of property being offered to levy *execution* upon, unless it was the *same* property attached.

On bill of exceptions filed, and error brought, this Court set aside the Judgment.

### No. 2.

#### ANONYMOUS. *Caledonia*, 1816.

OFFICER having in his possession, to be executed, execution, A against B, and execution, B against A, is not compelled to off-sett them, though requested so to do, by one of the parties.

See Assumpsit 3.    Ejectment 3.    Insolvent Estate 2.

# F.

# FALSE IMPRISONMENT.

### No. 1.

#### ANONYMOUS. *Caledonia*, 1816.

ACTION of tresspass for an assault and battery and false imprisonment.

Defendant pleads legal process, by which the plaintiff was imprisoned.

Plaintiff replies that he was free from arrest, having obtained the benefit of the Jail delivery act, and avers he was admitted to the oath.    Demurrer.

Court decided—That the replication was insufficient.

### No. 2.

#### CLOW *against* WRIGHT. *Franklin*, 1816.

IN a case where a military officer, stationed on the lines of the territory, in time of war, seized, the person of an individual